UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MASIH H. MUHAMMAD,

        Plaintiff,

                                               Case No.: 1:08-cv-434

v.

                                               HONORABLE PAUL L. MALONEY

KENT COUNTY CIRCUIT
COURT CLERK et al.,

        Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S
### REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (Dkt. #4).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

        ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.  Therefore,

        **IT IS HEREBY ORDERED** that Plaintiff's complaint be dismissed for failure to state a claim upon which relief may be granted.

Dated: July 8, 2008                       /s/ Paul L. Maloney
                                          Paul L. Maloney
                                        United States District Judge